## JOE EDWARDS V. STATE.

No. 24365. May 4, 1949.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

The judgment in this case is void for the same reason as that shown in the opinion in Cause No. 24,364 against the appellant, this day decided. (Page 301 of this volume.)

For the reason there expressed, the judgment is reversed and the cause remanded.

Opinion approved by the Court.